UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:06-cr-234-J-25MCR

RENAN CALIX-MATUTE

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release. On September 26, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, Lisa Call, Assistant Federal Public Defender, and the government was represented by Michael Gallagher, Assistant United States Attorney.

Having reviewed the report of the probation officer and based on the plea of guilty in Case No. 3:06-cr-196-J-25HTS, the Court finds that defendant has violated the terms of supervised release as set forth in Allegations One and Two of the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of twelve (12) months to run concurrently with the sentence imposed in Case No. 3:06-cr-196-J-25HTS.

3. The Court recommends placement at an institution located nearest to Beaumont, Texas.

**DONE AND ORDERED** at Jacksonville, Florida, this 12 day of October, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services